**No. 11-6174. Marco Antonio Garcia, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 432, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7214.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6179. Waylon McDonald, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 432, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7216.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 431 Fed. Appx. 282.

**No. 11-6180. Adaobi Stella Udeozor, aka Adaobi Stella Obioha, aka Stella Udeozor, aka Adaobi Stella Obiaha, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 432, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7229.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 258.

**No. 11-6182. Willie Sawyer, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 432, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7163.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6184. Juan Antonio Ledesma, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 432, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7220.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 643 F.3d 384.

**No. 11-6186. Antoine Killing, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 433, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7240.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 417 Fed. Appx. 615.

**No. 11-6192. Joaquin Gomes, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 433, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7160.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 279 Fed. Appx. 861.

**No. 11-6198. Hiawatha Tibbs, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 433, 181 L. Ed. 2d 281, 2011 U.S. LEXIS 7172.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.